THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON BREWER,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. C15-5703-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for entry of judgment pursuant to 42 U.S.C. § 405(g) (Dkt. No. 30). Having thoroughly reviewed the motion and the relevant record, the Court hereby GRANTS the motion and AFFIRMS the April 1, 2019 fully favorable final decision of the Commissioner of Social Security awarding disability benefits to Plaintiff under Titles II and XVI of the Social Security Act. The Clerk is DIRECTED to close this case.

DATED this 30th day of July 2019.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C15-5703-JCC
PAGE - 1