THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON BREWER, | CASE NO. C15-5703-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for attorney fees (Dkt. No. 35). Pursuant to 42 U.S.C. § 406(b)(1),

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits.

42 U.S.C. § 406(b)(1). In determining whether to grant a § 406(b) fee request, the court must first ensure that the requested fee is consistent with the contract between the plaintiff and their attorney. *See Crawford v. Astrue*, 586 F.3d 1142, 1148 (9th Cir. 2009) (citing *Gisbrecht v. Barnhart*, 535 U.S. 789, 808–09 (2002)). The court must then test the requested fee for reasonableness. *Id.* (citing *Gisbrecht*, 535 U.S. at 808). Courts have broad discretion to decide if a fee request is reasonable or to adjust a fee downward if the request is unreasonable. *See Gisbrecht*, 535 U.S. at 808.

ORDER
C15-5703-JCC
PAGE - 1

Here, Plaintiff's request of attorney fees is appropriate under § 406(b). Plaintiff agreed to pay her attorney 25 percent of her past-due benefits if her Social Security appeal was successful. (Dkt. No. 35-4 at 1.) Plaintiff's appeal was successful, and she received an award of past-due benefits totaling $70,569. (Dkt. No. 35-3 at 1–2.) In accordance with the fee agreement between Plaintiff and her attorney, Plaintiff asks the Court to authorize a fee of $17,642.25 be paid to her attorney. (Dkt. No. 35 at 1.) This figure conforms to the statutory cap of 25 percent of Plaintiff's award. The figure is also reasonable and will not be a windfall given the amount of time Plaintiff's attorney spent litigating this case and the contingent nature of Plaintiff's claim. (*See* Dkt. No. 35 at 5–6.) Further, Defendant does not oppose the request or the amount of fees. (*See* Dkt. No. 36 at 1.) Thus, Plaintiff's request is appropriate.

For the foregoing reasons, Plaintiff's motion for attorney fees (Dkt. No. 35) is GRANTED. Plaintiff's attorney is AWARDED attorney fees totaling $17,642.25. Defendant is DIRECTED to send a fee of $17,642.25 to Plaintiff's attorney at 1904 Third Ave. Ste. 1030, Seattle, WA 98101, minus any applicable processing fees as allowed by statute. Plaintiff's attorney is DIRECTED to reimburse Plaintiff any attorney fees previously received pursuant to the Equal Access to Justice Act.

DATED this 14th day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE